UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH ADELA LOPEZ, *on behalf of herself and all others similarly situated*, Plaintiffs, | 26-CV-8223 (JMF) |
| -v- | <u>ORDER</u> |
| CANVAS 340, LLC, Defendant. | |

JESSE M. FURMAN, United States District Judge:

Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

SO ORDERED.

Dated: September 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge